# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

**Daniel Lyons**
*Ext. 338*
*Email: dlyons@westermanllp.com*

June 13, 2016

<u>**VIA E-MAIL**</u>

U.S. Court of Appeals
Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
ATTN: Deborah Holmes

      Re: <u>Dennis Balk v. New York Institute of Technology
           Case No.: 16-984</u>

Dear Ms. Holmes:

    As we discussed, this firm formerly represented Infotec Corporation. We filed a motion in the lower court to withdraw as counsel, and the lower court granted that motion. A copy of the order is enclosed.

                                       Very truly yours,

                                       Daniel G. Lyons

DGL:ted
Encl.

1383252

ATTORNEYS AT LAW                  1201 RXR PLAZA, UNIONDALE, NY 11556
                                          T: 516.622.9200 | F: 516.622.9212 | WWW.WESTERMANLLP.COM

## CIVIL CAUSE FOR ORDER TO SHOW CAUSE

BEFORE JUDGE BIANCO

Date: 3-15-2012          TIME: 3:55 p.m.          TIME IN COURT: 15 min.

CASE NUMBER:   CV-11-509-JFB-AKT

TITLE:  Balk v. NYIT et al

PLTFFS ATTY:      **Randy Kornfeld, Ridley Whitaker, Steven Locke**

DEFTS ATTY:       **Neil Sparber (NY Institute of Technology)**
                  **Daniel Lyons (Infotec Corportation)**

FTR RECORDER:  3:55 - 4:10          COURTROOM DEPUTY:  Mary Ryan

OTHER: _____

_X_   CASE CALLED.

_X_   CONF HELD

_X_   ARGUMENT HEARD on Motion to Withdraw as Attorney (doc #72)

_X_   DECISION:  GRANTED.

**OTHER:**   Firm of Westerman Ball Ederer Miller & Sharfstein relieved as counsel for Infotec. Infotec to find new counsel within 20 days and file Notice of Appearance on case or possible default will be filed. Mr. Lyons to serve Infotec with order and file affidavit of service. Plaintiff to submit letter by 3/29 as stated on record re: amending complaint. Mr. Sparber to submit letter by 4/12/2012 indicating if not opposing motion to amend complaint, consult plaintiff and submit proposed briefing schedule re: same.