**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

Date: August 03, 2016
Docket #: 16-984cv
Short Title: Balk v. New York Institute of Technolo

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 11-cv-509
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Scheindlin
DC Judge: Tomlinson

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8573.